IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-0251 SI |
| Plaintiff, | **ORDER PROVIDING DEFENDANT NOTICE AND OPPORTUNITY TO REQUEST EXTENSION OF TIME UNDER FEDERAL RULE OF APPELLATE PROCEDURE 4(b)(4)** |
| v. | |
| TERRY G. MARSH, et al., | |
| Defendants. / | |

On September 20, 2006, defendant filed a notice of appeal from this Court's August 23, 2006 order. In an order filed November 20, 2006, the Ninth Circuit Court of Appeals stated that defendant's notice of appeal appeared to be untimely under Federal Rule of Appellate Procedure 4(b)(1)(A) because it was filed more than 10 court days after the entry of the order. The Ninth Circuit remanded the case to this Court, and directed the Court to provide defendant with notice and an opportunity to request that the time for filing the notice of appeal be extended based upon a showing of excusable neglect.

Accordingly, the Court hereby provides defendant such notice. If defendant wishes to request an extension of time for filing the notice of appeal based upon excusable neglect, defendant must file such a request in this Court, along with any supporting declarations or documentation, by **December 1, 2006**. *See* Fed. R. App. Proc. 4(b)(4); *see generally United States v. Prairie Pharmacy, Inc.*, 921 F.3d 211 (9th Cir. 1990).

**IT IS SO ORDERED.**

Dated: November 22, 2006

SUSAN ILLSTON
United States District Judge