**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-0251 SI |
| Plaintiff, | **ORDER DIRECTING CLERK TO RE-ISSUE RESTITUTION CHECKS** |
| v. | |
| TERRY G. MARSH, et al., | |
| Defendants. | |

Two restitution checks payable to victim Frank Hertler have been returned by his widow, along with copies of the Hertler's marriage certificate and Mr. Hertler's death certificate. The checks are in the amounts of $6.96 and $168.07, and are payable from restitution amounts recovered in this almost 15 year old case. Mrs. Hertler requests that the checks be re-issued in her name.

Under the circumstances of this case, the Court finds it appropriate to grant Mrs. Hertler's request and the Clerk is ORDERED to re-issue the checks to Mrs. Hertler, so long as she provides to the Clerk any necessary identification information (e.g., social security number).

**IT IS SO ORDERED.**

Dated: April 15, 2010

SUSAN ILLSTON
United States District Judge