IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-00251 SI |
| Plaintiff, | **ORDER GRANTING REQUEST FOR CHANGE OF NAME ON RESTITUTION CHECK** |
| v. | |
| TERRY MARSH, et al., | |
| Defendants. / | |

Irene B. Metz, a victim in the above case, requests that the Court issue an order to change the names of the payee on a restitution check from "E. David Metz & Irene B. Metz" to "Irene B. Metz" in light of the death of E. David Metz. The Court has reviewed the death certificate provided by Irene B. Metz and HEREBY directs the Clerk's office to reissue the restitution check payable solely to Irene B. Metz.

**IT IS SO ORDERED.**

Dated: September 20, 2010

SUSAN ILLSTON
United States District Judge