IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-00251 SI |
| Plaintiff, | **ORDER GRANTING REQUEST FOR CHANGE OF NAME ON RESTITUTION CHECK** |
| v. | |
| TERRY MARSH, et al., | |
| Defendants. | |

Beverly A. Michaels, as the executrix of the Estate of Martin M. Michaels, has asked the Court to order the clerk's office to reissue a restitution check from the above case, to be payable to "The Estate of Martin M. Michaels." The Court has reviewed the death certificate for Martin M. Michaels and HEREBY directs the Clerk's office to reissue the restitution check payable to The Estate of Martin M. Michaels.

**IT IS SO ORDERED.**

Dated: September 29, 2010

SUSAN ILLSTON
United States District Judge