**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-00251 SI |
| Plaintiff, | **ORDER GRANTING REQUEST FOR CHANGE OF NAME ON RESTITUTION CHECK** |
| v. | |
| TERRY MARSH et al., | |
| Defendants. | |

Melanie Will has asked the Court to order the Clerk's office to reissue a $60.11 restitution check from the above case that was payable to Kirk W. Will, to be payable to "Melanie Will." The Court has reviewed the death certificate for Kirk W. Will, listing Melanie Will as his surviving spouse. The Court HEREBY directs the Clerk's office to reissue the restitution check payable to Melanie Will.

**IT IS SO ORDERED.**

Dated: October 5, 2010

SUSAN ILLSTON
United States District Judge