1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,                Case No. 96-cr-00251-SI-1

8              Plaintiff,

9        v.                                   **ORDER TO CHANGE NAME OF
                                              CERTAIN PAYEE ON RESTITUTION
10   TERRY MARSH, *et al.*,                   PAYMENTS – JULVE**

11             Defendants.                    Re: Dkt. No. 965

12

13        The Court has received a letter from Norma Julve informing the Court that her husband

14   Antonio Julve has died.  Ms. Julve requests that future restitution checks be made in her name.

15        The Court has reviewed Mr. Julve's death certificate and a copy of Ms. Julve's identification,

16   and GRANTS Ms. Julve's request.  The Court directs the Clerk's office to issue future restitution

17   checks in Ms. Julve's name.  Mr. Julve's address is:

18
     Norma Julve
19   10535 Turner Rd.
     Roswell, GA 30076
20

21
     **IT IS SO ORDERED**.
22

23
     Dated: February  13, 2020      _____
24                                       SUSAN ILLSTON
                                         United States District Judge
25

26

27

28